IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMESHA LEE,

      Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC.,

      Defendant.

No. C-12-05157-DMR

**ORDER VACATING CMC AND PRETRIAL HEARING DATES**

The parties have notified the court that they have reached a full settlement of this case, which will be finalized within 40 days. The court hereby vacates all calendared dates in this matter, and orders the parties to submit a status report by no later than May 8, 2013.

IT IS SO ORDERED.

Dated: 4/1/2013

                                                
DONNA M. RYU
United States Magistrate Judge