IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMESHA LEE, | No. C-12-05157-DMR |
| Plaintiff, | **ORDER VACATING CMC AND PRETRIAL HEARING DATES** |
| v. | |
| DIVERSIFIED COLLECTION SERVICES, INC., | |
| Defendant. | |

The parties have notified the court that they have reached a full settlement of this case, which will be finalized within 40 days. The court hereby vacates all calendared dates in this matter, and orders the parties to submit a status report by no later than May 8, 2013.

IT IS SO ORDERED.

Dated:  4/1/2013

_____
DONNA M. RYU
United States Magistrate Judge